**No. 45154.**—Protest 845926–G of Great Western Mercantile Co. (Los Angeles).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of United States v. Penn (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.